# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

   Raymond P Lemay, JR and Julie Denise Lemay

Debtor(s)

Case No. 19-42441 MJH Ch.13

DECLARATION OF COUNSEL

I, Mark Ditton, counsel for the Debtors in the above entitled case, hereby declare under penalty of perjury:

1. I make this declaration in support of the Motion to Amend Chapter 13 plan filed October 16, 2019 (ECF #29) along with Amended Chapter 13 plan (ECF #30);

2. Debtors filed a subsequent Chapter 13 plan on November 4, 2019 (ECF #35) increasing the plan payment by $97 for feasibility concerns. That was the only change and there was no negative treatment to creditors, therefore Debtor believes it does not need to be served and requests it be confirmed by the Court.

**DATE:** November 5, 2019

Respectfully submitted:

/s/Mark Ditton_____
Mark Ditton WSBA #45432

DECLARATION